Case 1:24-cv-04828-JGLC   Document 5   Filed 06/26/24   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-04828

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* New York City Department of Education

was received by me on *(date)* June 26, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

**X** I served the summons on *(name of individual)* A. Goebler, who is designated by law to accept service of process on behalf of *(name of organization)* New York City Department of Education on *(date)* July 9, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: July 9, 2024

Sworn before me
this 9 day of July, 2024

*Notary stamp:*
ANTON G. COHEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CO6125601
Qualified in Qualified in Kings County
Commission Expires 04-18-2025

*Server's signature*

Oleksandr Nika
*Printed name and title*

Law Office of Anton G. Cohen, P.C.
618 Coney Island Avenue
Brooklyn, NY 11218
*Server's address*

Additional information regarding attempted service, etc:

Service was made at the office of the New York City Corporation Counsel, 100 Church Street, New York, New York, 10007