UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.H. and V.B., individually and on behalf of N.B., a child with a disability,

                                        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                        Defendant.

**ORDER**

24 Civ. 4828 (JGLC)

      IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall mail a copy of the Certified Administrative Record ("CAR") in Office of State Review Appeal No. 24-048 to counsel for Plaintiffs, Anton G. Cohen, Law Office of Anton G. Cohen, P.C., 618 Coney Island Avenue, Brooklyn, New York 11218, and to counsel for Defendant, Saarah S. Dhinsa, Assistant Corporation Counsel, 100 Church Street, Room #2-305, New York, New York 10007; and

      IT IS FURTHER ORDERED that upon receipt of the CAR from the Office of State Review, Plaintiffs' counsel shall file the CAR with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

      SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 2, 2024
        New York, New York