UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

A.H. and V.B., individually and on behalf of N.B., a child with a disability,

                              Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

**NOTICE OF MOTION**

24 CV 4828 (JGLC)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon Plaintiff's accompanying Memorandum of Law in Support of their Motion for Summary Judgment dated December 12, 2024, and upon all pleadings, the administrative record, and all prior proceedings hearing, Plaintiffs, A.H. and V.B., individually and on behalf of N.B., move this Court before the Honorable Jessica G. L. Clarke, United States District Judge, at the Daniel P. Moynihan United States Courthouse for the Southern District of New York located, 500 Pearl Street, New York, New York 10007, for an order awarding Plaintiff judgment on the pleadings in their favor, together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Memo Endorsement on September 27, 2024, setting forth the parties' briefing schedule, Defendant's cross-motion and opposition papers are to be served by February 15, 2025.

Dated: December 12, 2024
       Brooklyn, New York

                            Respectfully Submitted,
                                /s/Anton Cohen
                          Anton G. Cohen, Esq.
                          Law Office of Anton G. Cohen, P.C.
                          618 Coney Island Avenue
                          Brooklyn, NY 11218
                          Tel: (718) 702-5702
                          *Counsel for Plaintiff*

TO:    Saarah S. Dhinsa (by ECF)
          Assistant Corporation Counsel
          Corporation Counsel of the City of New York
          New York City Law Department
          100 Church Street
          New York, NY 10007
          Tel:  (212) 356-0872
          Fax:  (212) 356-1148
          sadhinsa@law.nyc.gov
          *Counsel for Defendant*