UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

A.H. and V.B., individually and on behalf of N.B., a child with disability,

                                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                        Defendant.

------------------------------------------------------------------------x

**NOTICE OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

24-CV-04828 (JGLC)

       **PLEASE TAKE NOTICE** that, upon the certified administrative record underlying the Complaint in this action, and Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment dated March 17, 2025, and all the papers and proceedings had herein, Defendant the New York City Department of Education by their attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, will cross-move this Court, before the Honorable Jessica G. L. Clarke, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1312, on a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, awarding the Defendant summary judgment and dismissing the Complaint in its entirety, and granting the Defendant such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 27, 2025, Plaintiffs' opposition papers, if any, must be filed by April 30, 2025, and Defendants' reply, if any, must be filed by May 30, 2025.

- 2 -

Dated:   March 17, 2025
         New York, New York

                                       **MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for Defendant New York City Department of Education
100 Church Street
New York, NY 10007
t: (212) 356-0872
e: sadhinsa@law.nyc.gov

By:  /s/ _____
     Saarah S. Dhinsa
     *Assistant Corporation Counsel*

To:   via ECF

- 2 -