**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
A.H. and V.B., individually and on behalf of their
child, N.B., a child with a disability,

                    Plaintiff,

    -against-                                    24 **CIVIL** 4828 (JGLC)

## JUDGMENT

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, Defendant's motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                     **BY:**          K. Mango

                                                          **Deputy Clerk**